**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: SUBPOENA TO
CRYSTAL PHOTONICS, INC.

Case No. 6:13-cv-1837-Orl-37DAB

**ORDER**

This cause is before the Court on Zecotek Imaging Systems Pte. Ltd. and Beijing Opto-Electronics Technology Co.'s Objections to Order Granting Crystal Photonics, Inc.'s Motion to Quash Subpoena and Denying Plaintiffs' Cross-Motion to Compel (Doc. 16), filed January 2, 2014. Crystal Photonics, Inc. opposes. (Doc. 17.)

The Court has reviewed Magistrate Judge Baker's December 18, 2013 Order (Doc. 13), the transcript of the motion hearing (Doc. 14), and the parties' filings (Docs. 16, 17). Pursuant to Federal Rule of Civil Procedure 72(a),[1] the Court determines that no part of Magistrate Judge Baker's Order is clearly erroneous or contrary to law. Accordingly, Zecotek Imaging Systems Pte. Ltd. and Beijing Opto-Electronics Technology Co.'s Objections (Doc. 16) are **DENIED**. Magistrate Judge Baker's Order (Doc. 13) is **AFFIRMED** in all respects. The Clerk is **DIRECTED** to close the file.

---

[1] Plaintiffs contend that Magistrate Judge Baker's Order is dispositive and seek review under Federal Rule of Civil Procedure 72(b). (Doc. 16, p. 1.) Pretrial discovery orders, however, are nondispositive and should be reviewed under Rule 72(a). *See, e.g.*, *Jones v. United Space Alliance, LLC*, 170 F. App'x 52, 54 (11th Cir. 2006).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 27, 2014.

/s/ Roy B. Dalton Jr.
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record